# Court of Appeals
# of the State of Georgia

ATLANTA,   July 18, 2013

*The Court of Appeals hereby passes the following order:*

## A13A2135. TERESA W. PATE v. DEDRA LYNETTE AMMONS.

Plaintiff Teresa Pate filed this direct appeal seeking review of the trial court's April 18, 2013 order entitled, "Finding of Fact Regarding Confidential Settlement and Order of the Court." However, this order is a non-final order as evidenced by the trial court's statements that although defendant Debra Ammons vehemently denies any liability, the parties have agreed that Pate will recover general damages but not special damages. The amount of damages has not yet been determined, and the trial court's order does not dismiss the case.

Appeal of a non-final order must comply with the interlocutory appeal requirements set forth in OCGA § 5-6-34 (b). See *Richardson v. General Motors Corporation*, 221 Ga. App. 583 (472 SE2d 143) (1996). And a judgment that reserves the calculation of the amount of damages is considered interlocutory in nature and does not become final until the amount is determined. See *Sotter v. Stephens*, 291 Ga. 79, 83 (727 SE2d 484) (2012). Pate's failure to comply with the interlocutory appeal requirements deprives this Court of jurisdiction to consider this appeal. Accordingly, this appeal is ordered DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/18/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*